# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF NEW JERSEY*
# *NEWARK*

### Minutes of Proceedings

Judge: **Esther Salas**                NOVEMBER 25, 2014
                                        Date of Proceedings

Court Reporter: Lynne Johnson

Deputy Clerk: Philip Selecky

**Title of Case**:                      Docket # **CV. 12-4333 (ES)**

Baba v. Republic of Albania, et al.

**Appearances**:
Mildred Vallerini-Spiller, Esq, for the pltf.

**Nature of Proceedings**: Hearing on the pltfs, default judgment motion.
Opinion read into the record.
Ordered motion denied without prejudice and case dismissed without prejudice.


Time Commenced: 12:45 p.m.
Time Adjourned:  1:25 p.m.
Total Time: 40 Minutes

                                        Philip Selecky, Deputy Clerk