<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **MIMOZA FERRAJ BABA, individually and as executrix of the estate of RESMI FERRAJ,** | |
| **Plaintiff,** | |
| | **Civil Action No. 12-4333 (ES)** |
| **v.** | |
| | <u>**ORDER**</u> |
| **REPUBLIC OF ALBANIA, et al.,** | |
| **Defendants.** | |

**SALAS, DISTRICT JUDGE**

      For the reasons stated on the record during the November 25, 2014 Oral Argument, the Court denies, without prejudice, Plaintiff Mimoza Ferraj Baba's motion for default judgment, (D.E. No. 13), and dismisses the case without prejudice.

      */s/Esther Salas*
      **Esther Salas, U.S.D.J.**